**Lust & Leonov, P.C.**
**Attorneys At Law**
**442 Fifth Avenue, Ste 1715**
**New York, NY  10019**
**Tel (212) 518-1503**

November 7, 2024

<u>VIA ECF</u>
The Honorable Judge Hector Gonzalez
U.S.  District Court, EDNY
225 Cadman Plaza East, Courtroom 6A South
Brooklyn, NY 11201

    Re:    Amazon v. Digital Direct Case #: 24-cv-7617

Dear Judge Gonzalez:

    This firm is retained by all of the currently named defendants in the above referenced action.  After conferral with Plaintiff's counsel, the parties agreed that the defendants would accept service via the firm and that the defendants would be granted time to respond to the complaint through December 16, 2024 subject to this Court's approval.

    Defendants hereby respectfully move this Court to approve the proposed stipulation reflecting the same, a copy of which is attached as an exhibit to this letter.

Respectfully submitted,

/s/ *Roman Leonov, Esq.*