UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK: BROOKLYN DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGITAL DIRECT AND MORE, INC.; ARI CAMEO; and SHOSHANA OSTRON,<br><br>    Defendants. | Case No. 24-cv-07617<br><br>**STIPULATION** |

WHEREAS, Plaintiff Amazon.com Services LLC ("**Plaintiff**") commenced this action on October 31, 2024 by the filing of a summons and complaint; and

WHEREAS, Defendants Digital Direct and More, Inc., Ari Cameo, and Shoshana Ostron (collectively, "**Defendants**") have agreed, through counsel, to accept service of the Complaint and Summons both dated October 31, 2024(ECF Nos. 1, 1-2); and

WHEREAS Defendants' counsel acknowledges he has authority to accept service of process of the Complaint and Summons on behalf of the Defendants; and

WHEREAS, Plaintiff and Defendants, have agreed, subject to the Court's approval, to extendthe time for Defendants to respond to the Complaint in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective undersigned counsel, as follows:

1. Defendants, through counsel, agree to accept service, and service of the Summons and Complaint is hereby acknowledged.

2. To the extent required, the parties agree to accept service of documents in this action through the ECF E-filing system.

3.  Subject to the Court's approval, Defendants' time to respond to the Complaint is hereby extended through and including December 16, 2024.

IT IS FURTHER STIPULATED AND AGREED that facsimile or scanned signatures shall have the force and effect of original signatures for purposes hereof.

Dated: New York, New York
       November 5, 2024

| DAVIS WRIGHT TREMAINE, LLP | VALE LAW GROUP |
|---|---|
| By: _____/s/_____<br>John M. Magliery<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Telephone: (212) 603-6444<br>johnmagliery@dwt.com | By: _____/s/ Roman Leonov_____<br>Roman Leonov<br>442 Fifth Avenue, Ste 1715<br>New York, NY 10018<br>Telephone: (212) 518-1503<br>rleonov@valelawgroup.com |
| *Attorneys for Plaintiff Amazon.com Services LLC.* | *Attorneys for Defendants Digital Direct and More, Inc., Ari Cameo, and Shoshana Ostron* |

So Ordered:

_____
U.S.D.J.

4893-5864-1654v.1 0051461-006989